UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:   11-00395-Civ-Hodges/Smith

JEAN M. THOMAS,

    Plaintiff,

v.

FRENCH & FRENCH, LTD. and
RIVERWALK HOLDINGS, LTD.,

    Defendants.

_____/

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S, FRENCH & FRENCH, LTD., RESPONSES TO DISCOVERY IN AID OF EXECUTION

Plaintiff, Jean M. Thomas, files this Motion to Compel Defendant's Responses to Discovery in Aid of Execution against Defendant, French & French, Ltd., and, in support thereof, states as follows:

1.    Plaintiff obtained a judgment against Defendants, French & French, Ltd. and Riverwalk Holdings, Ltd., jointly and severally. (DE 9). In an attempt to collect on the judgment, Plaintiff served Discovery in Aid of Execution on Defendant, French & French, Ltd., on April 2, 2012, by US Mail. A copy of the request to Defendant is attached as Exhibit "A". Defendant's response was due on May 7, 2012. As of this date, Defendant has failed to respond to the Discovery in Aid of Execution.

### CERTIFICATION REQUIRED BY LOCAL RULE

Though Defendant has defaulted and thus, Plaintiff has no attorney to confer with, Plaintiff's counsel was previously contacted by a representative for Defendant, Russell

French. Plaintifføs counsel thus attempted to confer on this matter with Russell French by telephone and email. Mr. French was not available and has not returned two calls or responded to Plaintiff's email regarding this matter.

  WHEREFORE, Plaintiff respectfully requests the Court order Defendant to respond to Plaintifføs Discovery in Aid of Execution without objection within 5 days.

            Respectfully submitted,

            DONALD A. YARBROUGH, ESQ.
            Attorney for Plaintiff
            Post Office Box 11842
            Fort Lauderdale, Florida 33339
            Telephone: (954) 537-2000
            Facsimile: (954) 566-2235
            don@donyarbrough.com

            s/Donald A. Yarbrough
            Donald A. Yarbrough, Esq.
            Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:   11-00395-Civ-Hodges/Smith

JEAN M. THOMAS,

    Plaintiff,

v.

FRENCH & FRENCH, LTD. and
RIVERWALK HOLDINGS, LTD.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2012, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                s/Donald A. Yarbrough
                                Donald A. Yarbrough, Esq.

## SERVICE LIST

FRENCH & FRENCH, LTD.
Suite 215
1725 Ashley Circle
Bowling Green, Kentucky, 42104

Via U.S. Mail.

RIVERWALK HOLDINGS, LTD.
C/o C T CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida 33324

Via U.S. Mail.