UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:   11-00395-Civ-Hodges/Smith

JEAN M. THOMAS,

    Plaintiff,

v.

FRENCH & FRENCH, LTD. and
RIVERWALK HOLDINGS, LTD.,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S, RIVERWALK HOLDINGS, LTD., RESPONSES TO DISCOVERY IN AID OF EXECUTION

Plaintiff, Jean M. Thomas, files this Motion to Compel Defendant's Responses to Discovery in Aid of Execution against Defendant, Riverwalk Holdings, Ltd., and, in support thereof, states as follows:

1.  Plaintiff obtained a judgment against Defendants, French & French, Ltd. and Riverwalk Holdings, Ltd., jointly and severally. (DE 9). In an attempt to collect on the judgment, Plaintiff served Discovery in Aid of Execution on Defendant, Riverwalk Holdings, Ltd., on April 2, 2012, by US Mail. A copy of the request to Defendant is attached as Exhibit "A". Defendant's response was due on May 7, 2012. As of this date, Defendant has failed to respond to the Discovery in Aid of Execution.

## CERTIFICATION REQUIRED BY LOCAL RULE

Defendant has defaulted. Thus Plaintiff's counsel has no representative to confer with.

WHEREFORE, Plaintiff respectfully requests the Court order Defendant to respond to Plaintiff's Discovery in Aid of Execution without objection within 5 days.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:   11-00395-Civ-Hodges/Smith

JEAN M. THOMAS,

    Plaintiff,

v.

FRENCH & FRENCH, LTD. and
RIVERWALK HOLDINGS, LTD.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 21, 2012</u>, I certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                    <u>s/Donald A. Yarbrough</u>
                                    Donald A. Yarbrough, Esq.

## SERVICE LIST

FRENCH & FRENCH, LTD.
Suite 215
1725 Ashley Circle
Bowling Green, Kentucky, 42104

<u>Via U.S. Mail.</u>

RIVERWALK HOLDINGS, LTD.
C/o C T CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida 33324

<u>Via U.S. Mail.</u>