**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JEAN M. THOMAS,**

    Plaintiff,

v.                                        Case No:5:11-CV-395-Oc-10PRL

**FRENCH & FRENCH, LTD and**
**RIVERWALK HOLDINGS, LTD.**

    Defendants.

## ORDER

On March 8, 2013, the Court conducted a telephonic hearing on Plaintiff's Motion to Hold Defendants in Contempt of Court (Doc. 15).  For the reasons stated on the record at the hearing, Plaintiff's Motion (Doc. 15) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Ocala, Florida on March 10, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties